DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN SEAN SNODDY,**
Appellant,

v.

**MALINDA FAYE MAYER-SNODDY,**
Appellee.

No. 4D2023-1600

[February 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. FMCE15-001254.

Justin Sean Snoddy, Everett, WA, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***